IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| CHRISTINA M. NEUMEIER, | : | |
| Plaintiff, | : | Case No. 3:06CV0200 |
| vs. | : | District Judge Walter Herbert Rice<br>Magistrate Judge Sharon L. Ovington |
| MICHAEL W. WYNNE,<br>Secretary of the Air Force, | : | |
| | : | |
| Defendant. | | |

**DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATIONS FILED ON JULY 20, 2007 (Doc. #14); GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (Doc. # 8) DISMISSING PLAINTIFF'S COMPLAINT WITH PREJUDICE; AND TERMINATING CASE ON THE DOCKET OF THIS COURT**

The Court has conducted a de novo review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #14), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** in full said Second Report and Recommendations. It is therefore **ORDERED** that:

    1.    The Report and Recommendations filed on July 20, 2007 (Doc. #14) is ADOPTED;

2.     Defendant's Motion for Summary Judgment (Doc. # 8) is GRANTED and Plaintiff's Complaint is DISMISSED with prejudice; and

3.     This case is terminated on the docket of this Court.

                                          Walter Herbert Rice
                                          United States District Judge